AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 11, 2026**

SEAN F. MCAVOY, CLERK

| MICAH S. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:25-CV-0176-TOR |
| | ) |
| FRANK BISIGNANO, Acting Commissioner of Social Security | ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for EAJA Attorney's Fees (ECF No. 13) is GRANTED. The Commissioner is directed to pay EAJA fees to Plaintiff's Attorney, Jordan Goddard, in the amount of $7,500.00 for attorney's fees and costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

Date: 2/11/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*